**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1796**

_____

SONAL N. DESAI,

        Plaintiff - Appellant,

    v.

LOUIS DEJOY, Postmaster General of Post Office,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:22-cv-00846-RDA-WEF)

_____

Submitted:  December 19, 2024            Decided:  December 23, 2024

_____

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Sonal N. Desai, Appellant Pro Se.  Yuri S. Fuchs, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonal N. Desai appeals the district court's order granting Defendant's motion to dismiss Desai's multiple employment-related claims, including claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 to 796*l*.  We have reviewed the record and find no reversible error.  Accordingly, we deny Desai's motions to appoint counsel and to add new evidence, and affirm the district court's order.  *Desai v. DeJoy*, No. 1:22-cv-00846-RDA-WEF (E.D. Va. June 20, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*